















```
JSP   2/28/02   11:09
3:02-M -00456   USA V. DUNCAN
*1*
*CRCMP.*
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

Magistrate's Docket No. 02

Case No.

02 FEB 27 AM 11: 46
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

_____ , now presented before

Duncan, Jeffrey
(Name of accused)

The Honorable Louisa S. Porter , United States Magistrate Judge, for

arraignment and fixing of bail, has been charged before a United States Magistrate Judge

in the _____ District of ___South Dakota___ that on

or about ___09/11/01___ , at ___Sioux Falls, SD___ in
(Date of Offense)

violation of United States Code, Title _18_____, Section _3606_____, the accused

___violated terms and conditions of probation.___
(Brief Statement of Offense Charged)

_____

_____

_____

and a warrant for his/her arrest was issued the same day by the aforesaid magistrate.

Bond in the sum of ___NONE SET___ has been recommended by the United

States Attorney of the district in which charges are pending.

Dated: ___February 27, 2001___

Charles Cleaves

Name of Affiant

CI-Deputy U.S. Marshal

Title

Lodged with me this ___27th___ day of ___Feb___ , 2002 , in lieu of

certified copy of complaint against the accused.

United States Magistrate Judge

# United States District Court

## District of South Dakota
### Southern Division

UNITED STATES OF AMERICA

v.

Jeffrey C. Duncan

**WARRANT FOR ARREST**

Case Number: CR98-40011

To:   The United States Marshal
and any authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Jeffrey C. Duncan** and bring him or her forthwith to the nearest magistrate to answer a(n)

[] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [X] Probation Violation Petition

Charging him or her with

    Violating terms and conditions of probation

in violation of (see above)

| | |
|---|---|
| Shelly Margulies | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| *Shelly Margulies* | 9/11/01 Sioux Falls, SD |
| Signature of Issuing Officer | Date and Location |

**Bail fixed at $**_____    By_____
                                               Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

## FILED

### for the

SEP 1 # 2001

### DISTRICT OF SOUTH DAKOTA

CLERK

U.S.A. vs. Jeffrey C. Duncan

Docket No. CR98-40011-01

### Petition to Revoke Probation

**COMES NOW BRENT HUBERS, PROBATION OFFICER OF THE COURT,** presenting an official report upon the conduct and attitude of Jeffrey C. Duncan, who was sentenced to Probation for 5 years on the 5th day of October, 1998, by the Honorable Mark F. Marshall, sitting in the Court at Sioux Falls, SD. The Probation commenced on 12-1-98. The Court imposed the general conditions of Probation heretofore adopted and who also imposed special conditions of Probation as follows:

While on probation, the defendant shall not commit another federal, state or local crime, shall not illegally possess a controlled substance nor possess a firearm, destructive device, or other dangerous weapon; shall comply with the standard conditions that have been adopted by this Court; and shall comply with the following special conditions:

1.  The defendant shall pay restitution in the amount of $15,924.00. Payment of the total fine and other criminal monetary penalties shall be due in full immediately. Any portion of the monetary obligation (s) not paid in full prior to the defendant's release from custody shall be due in monthly installments of $150, such payments to begin 60 days following the defendant's release.

**THEREAFTER, NON-COMPLIANT BEHAVIOR OCCURRED RESULTING IN SUPERVISION INTERVENTIONS AS FOLLOWS:**

Mr. Duncan was ordered to report in person within 72 hours to the probation office in the district to which he was released. Mr. Duncan was released from the Minnehaha County Jail in Sioux Falls, SD, on 12-1-98, but failed to report the U.S. Probation Office in Sioux Falls. He was also ordered to pay restitution in the amount of $150 per month beginning on 2-1-99, which he has failed to do. On 12-8-00, the defendant pled guilty to the offense of Possession For Sale of a Controlled Substance, 28.5 Grams of Methamphetamine, in Superior Court of California. He was sentenced to serve 28 months in prison. The offense occurred on 11-22-00 in San Diego County. The defendant is serving his prison time in the Richard J. Donovan Prison in San Diego, CA, and is due to be released on 2-27-02.

The non-compliant behaviors described in the paragraphs above are the basis of the corresponding allegations listed below. They are included here to show the pattern of non-compliant behavior and the corresponding corrective measures initiated by the Probation Office.

**NOW RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

1.  On or about 12-4-98, at Sioux Falls, SD, Jeffrey C. Duncan failed to report in person to the probation office in the district he is released within 72 hours of his release from jail, in violation of the Standard Conditions of Probation.

2.  Since on or about 2-1-99, in the District of South Dakota, Jeffrey C. Duncan has failed to make monthly restitution payments in the sum of $150 per month as instructed, when in fact, he did have the ability to pay said restitution, in violation of the Conditions of Probation.

2
3

3.  On or about 11-22-00, at San Diego County, CA, Jeffrey C. Duncan did commit the offense of Possession For Sale of Controlled Substance, 28.5 Grams of Methamphetamine, and was subsequently convicted of said offense in Superior Court of California, in violation of the Standard Conditions of Probation.

**PRAYING THAT THE COURT WILL ORDER** that a warrant be issued for the arrest and return to Court of Jeffrey C. Duncan for a hearing to determine whether the Order heretofore granting Probation should now be revoked.

ORDER OF COURT

Considered and ordered this _11th_ day of
_Sept_, 20_01_ and ordered filed and made
a part of the records in the above case.

_____
U.S. Magistrate Judge

Respectfully,

_____
U.S. Probation Officer

Place: Sioux Falls, SD

Date: September 11, 2001